```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 9 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

JUAN ULERIO, *individually and on behalf of others similarly situated*,

      Plaintiff,

-against-

PROSPECT PIZZA, LLC (d/b/a GIOVANI'S BIG PIZZA) and DANNY PERALTA,

      Defendants.

------------------------------------ x

ORDER APPROVING FLSA SETTLEMENT

16 Civ. 9012 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The parties in this FLSA action have reached a settlement and jointly move for an order approving the settlement and dismissing the case. (*See* ECF No. 54.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with any exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement agreement in the amount of $88,000, including $29,333 in attorneys' fees and costs incurred by Plaintiffs, is approved; and

2. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: July 19, 2018
   New York, New York

            SO ORDERED.

            */s/ George B. Daniels*
            GEORGE B. DANIELS
            UNITED STATES DISTRICT JUDGE